UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:05CV02018 |
| ONE 2005 CHRYSLER 300C, | ) | Judge James Robertson |
| VIN 2C3AA63H45H667165, | ) | |
| | ) | |
| Defendant. | ) | |

## VERIFIED STATEMENT

COMES NOW Christopher Brown and Barbara Carl, the claimants herein, pursuant to Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and files this verified statement claiming their interest and right in the subject property.

The claimants make a claim to the subject property that was seized by the United States Park Police on or about April 13, 2005. We verify that we are the owners of the above-referenced property. We make this claim in good faith and state that the claim is not frivolous. We declare under penalty of perjury that the foregoing is true and correct.

_____        _____
Christopher Brown                                        Barbara Carl

Date: 11/10/05                                               Date: 11/10/05

CHRISTOPHER BROWN
BARBARA CARL

By Counsel

**PSB, III**

Pleasant S. Brodnax, III
The Mills Building, Fourth Floor
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 462-1100
valawyer@erols.com

CERTIFICATE OF SERVICE

I hereby certify that this 10th day of November 2005, a copy of the foregoing Verified Claim was faxed to michael.humphreys@usdoj.gov.