UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>ONE 2005 CHRYSLER 300C, )<br>VIN 2C3AA63H45H667165, )<br>)<br>    Defendant. ) | 1:05CV02018<br>Judge James Robertson |

## ANSWER

COMES NOW Christopher Brown and Barbara Carl, the claimants herein and, pursuant to Rule C(6)(a)(iii) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, answers the Verified Complaint for Forfeiture *In Rem* as follows:

1. Claimants admit that Plaintiff seeks to invoke the jurisdiction of this Court as set forth in paragraph 1 of the Complaint, but denies that either has violated any law or legal requirement to give rise to this lawsuit.

2. Claimants admit that Plaintiff seeks to invoke the jurisdiction of this Court as set forth in paragraph 2 of the Complaint, but denies that either has violated any law or legal requirement to give rise to this lawsuit.

3. Claimants admit the allegations in paragraph 3 of the Complaint.

4. Claimants admit the allegations in paragraph 4 of the Complaint. On information and belief, the defendant vehicle was registered in the names of Christopher Brown and Barbara Carl.

5. Claimants admit the defendant vehicle was seized on April 13, 2005, claimants are without sufficient information to form a belief as to the truth or falsity of the

remaining allegations in paragraph 5 and, therefore, deny the same.

6. Claimants are without sufficient information to form a belief as to the truth or falsity of allegations in paragraph 6 and, therefore, deny the same.

7. Claimants deny the allegations in paragraph 7 of the Complaint.

8. Claimants admit that Brown was arrested, but claimants are without sufficient information to form a belief as to the truth or falsity of the remaining allegations in paragraph 8 and, therefore, deny the same.

9. Claimants admit the allegations in paragraph 9 of the Complaint.

10. Claimants admit the allegations in paragraph 10 of the Complaint.

11. Claimants are without sufficient information to form a belief as to the truth or falsity of allegations in paragraph 11 and, therefore, deny the same.

12. Claimants are without sufficient information to form a belief as to the truth or falsity of allegations in paragraph 12 and, therefore, deny the same.

## Count I

13. Claimants deny the allegations in paragraph 13 of the Complaint.

14. Claimants deny the allegations in paragraph 14 of the Complaint.

## Count II

15. Claimants deny the allegations in paragraph 15 of the Complaint.

16. Claimants deny the allegations in paragraph 16 of the Complaint.

## Count III

17. Claimants deny the allegations in paragraph 17 of the Complaint.

18. Claimants deny the allegations in paragraph 18 of the Complaint.

19. Claimants deny the allegations in paragraph 19 of the Complaint.

### Count IV

20. Claimants deny the allegations in paragraph 20 of the Complaint.

21. Claimants deny the allegations in paragraph 21 of the Complaint.

22. Claimants deny the allegations in paragraph 22 of the Complaint.

CHRISTOPHER BROWN
BARBARA CARL

By Counsel

*PSB, III*

Pleasant S. Brodnax, III
The Mills Building, Fourth Floor
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 462-1100
valawyer@erols.com