## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>     Plaintiff, )<br>          )<br>v.        )<br>          )<br>ONE 2005 CHRYSLER 300C, )<br>VIN 2C3AA63H45H667165, )<br>          )<br>     Defendant. )<br>_____ ) | Civil Action No. 05-2018 (JR) |

### PRAECIPE

Please enter the appearance of Judith A. Kidwell as counsel for Plaintiff United States in this action and withdraw Michael Humphreys.

Respectfully submitted,

/s/
_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
202-514-7250

/s/
_____
MICHAEL A. HUMPHREYS
DC Bar # 383353
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

Pleasant S. Broadnax, III  
The Mills Building, Fourth Floor  
1700 Pennsylvania Avenue, N.W.  
Washington, D.C. 20006

by means of the Court's ECF filing system, on this 19th day of January, 2006.

      /s/

_____  
JUDITH A. KIDWELL  
Assistant United States Attorney  
555 4th St., N.W., Room 4818  
Washington, D.C. 20530  
202-514-7250