```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   c/o United States Attorney's<br>   Office<br>   Judiciary Center Building<br>   555 4th Street, N.W.<br>   Washington, D.C.  20530<br><br>       Plaintiff,<br><br>v.<br><br>ONE 2005 Chrysler 300C,<br>VIN 2C3AA63H45H667165<br>   With all appurtenances and<br>   attachments thereon,<br><br>       Defendant. | CASE NUMBER: 1:05CV02018<br><br>JUDGE:    James Robertson<br><br>DECK TYPE:  General Civil<br><br>DATE STAMP:  10/12/2005 |

**CLAIM AND ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

NOW COMES DaimlerChrysler Financial Services Americas, LLC/DBA DaimlerChrsyler Services N.A., LLC, (hereinafter "DCS"), by and through its undersigned attorneys and pursuant to 18 U.S.C. §983, responding to the Complaint For Forfeiture *In Rem* of the Defendant vehicles (hereinafter "the Vehicles") as follows:

**CLAIM AND FIRST DEFENSE**

DCS is the leinholder of one 2005 Chrysler 300C, VIN 2C3AA63H45H667165, (the defendant vehicle) as recorded on the Virginia Certificate of Title ane by virtue of the Retail Installment Contract executed on April 20, 2005 between Koons of Tysons Corner (Vienna, VA) and Christopher Brown and Barbara A. Carl.  A copy of the Retail Installment Contract and an

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
-----
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
-----
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

electronic copy of the Virginia Certificate of Title are attached hereto as Exhibit "A" and "B", and their contents incorporated by reference herein.

Pursuant to 18 U.S.C. §983, DCS is an innocent owner/lienholder of the defendant Vehicle and had no knowledge, actual or constructive, that the Vehicle was being used for any illegal purposes or constituted the proceeds of any illegal activity on the part of Christopher Brown, Barbara A. Carl or others.

## SECOND DEFENSE

In response to the allegations contained in the Complaint for Forfeiture *In Rem* and without waiving any of the foregoing defenses, together with any defenses hereinafter alleged at trial, DCS responds to the Complaint as follows:

1. The allegations contained in Paragraph 1 of the Complaint are legal conclusions not requiring an answer. To the extent an answer is required, those statements are denied.

2. The allegations contained in Paragraphs 2 and 3 are admitted upon information and belief.

3. The allegations contained in Paragraphs 4, 5, 6, 7 and 8 are denied in that DCS does not have sufficient information with which to admit or deny the allegations contained therein, and therefore, each allegation is denied.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. In response to allegations contained in Paragraph 9 of the Complaint, it is admitted that Brown purchased the defendant vehicle from Koons of Tysons Corner, 2000 Chaney Bridge Road, Vienna, Virginia 22182 for $45,467.52 using a down payment of $40,000.00. Brown incurred other charges from Koons of Tysons Corner in the sale and therefore, financed $12,862.79 through DaimlerChrysler Finance Corporation. Except as admitted, the remaining allegations contained in this paragraph are denied.

5. In response to the allegations contained in Paragraphs 10, 11 and 12 of the Complaint, DCS does not have sufficient information with which to admit or deny the allegations contained therein, and therefore, each allegations is denied.

**RESPONSE TO COUNT I**

6. In response to the allegations contained in Paragraph 13 of the Complaint, DCS incorporates its previous answers to the allegations contained in Paragraphs 1-12, as previously set out herein.

7. The allegations contained in Paragraph 14 are denied.

**RESPONSE TO COUNT II**

8. In response to the allegations contained in Paragraph 15, DCS incorporates its previous responses contained in Paragraphs 1-14, as previously set out herein.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

9. In response to the allegations contained in Paragraph 16, those allegations are denied.

### RESPONSE TO COUNT III

10. In response to the allegations contained in Paragraph 17, DCS incorporates its previous responses contained in Paragraphs 1-16, as previously set out herein.

11. The allegations contained in Paragraphs 18 and 19 are denied.

### RESPONSE TO COUNT IV

12. DCS realleges its response to Paragraphs 1-19 as if fully set out herein.

13. The allegations contained in Paragraphs 21 and 22 are denied.

WHEREFORE, having fully answered the Complaint, Claimant DCS prays the Court that:

1. DCS be declared an innocent owner of the defendant Vehicle and be provided all protections commensurate thereto;

2. The interest of DCS be recognized by this United State District Court;

3. The defendant Vehicle be sold and the proceeds used to pay whatever indebtedness is owed to DCS, or in the alternative, the Vehicle be returned to DCS; and

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. For such other and further relief as the Court deems just and proper, legal or equitable.

This the ____ day of January, 2006.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

By:_____/s/_____
Samuel J. DeBlasis, II
D.C. Bar No. 370567
Washington Business Park
4601 Forbes Boulevard, #200
Lanham, MD 20703-0040

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 26th day of January, 2006, a copy of the foregoing Claim and Answer to Verified Complaint for Forfeiture *In Rem* was electronically filed in this case and was electronically mailed to:

Kenneth L. Wainstein, Esquire
United States Attorney
555 4th Street, NW
Washington, D.C.  20530

William R. Cowden, Esquire
United States Attorney
555 4th Street, NW
Washington, D.C.  20530

Michael A. Humphreys, Esquire
United States Attorney
555 4th Street, NW
Washington, D.C.  20530

_____/s/_____
Samuel J. DeBlasis, II

H:\Common\WP\L4\DJC\USA v. 1 2005 Chrysler 300C\Answer.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
____

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548