Title No Edit - Version 6.100                                                                 Page 1 of 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN | 2C3AA63H45H667165 | | | Financed | 04/20/2005 | Tech | FDI |
| Status | *Perfected Title* | | | DMV Work | 06/16/2005 | | |
| Borrower | BROWN<br>606 POPLAR DR<br>FALLS CHURCH, VA 22046 | | | Imported | 06/16/2005 | | |
| | | | | Added | 05/05/2005 | | |
| | | | | Perfected | 06/16/2005 | | |
| Borrower Home Phone | (703) 536-8663 | | | Payoff | / / | Tech | |
| | | | | Released | / / | | |
| Borrower Work Phone | (703) 855-2397 | | | Release Type | | | |
| | | | | Exported | / / | | |
| Branch | 213 | Acct # | 1014964790 | DMV Response | / / | Code | |
| Loan # | 1014964790 | Suffix | | DMV Deleted | / / | | |
| Owner | BROWN CHRISTOPHER<br>CARL BARBARA ANN | | | FDI Assigned User | | FDI Action Date | / / |
| Lienholder | DAIMLERCHRYSLER SERVICES NORTH | | | Lienholder Assigned User | | Lienholder Action Date | / / |
| Dealer | 68348 | | | VA Lien Date | 06/08/2005 | | |
| Year | 2005 | Make | CHRY | Misc. | | | |
| License | | Title # | 99439971 | State | VA | Electronic | |
| Account Type | Financed (Loan) | Loan Type | Vehicle | | | | |

# DMV
www.dmvnow.com

VSA-17A (3/04)

## APPLICATION FOR CERTIFICATE OF TITLE AND REGISTRATION

**APPLICATION FOR CERTIFICATE OF** (check one): ☐ Title  ☒ Title and Registration (license plates issued)  ☐ Title to a Manufactured Home

**ACQUISITION** (check if applicable): ☐ Seizure  ☐ Replevin  ☐ Repossession (vehicle must be in your possession)  ☐ Leased  ☐ Rental  ☐ Abandonment (complete form VSA-40 also)  ☐ Court Order  ☐ Mechanic's Lien/Storage Lien (complete form VSA41 also)

**ALL APPLICANTS MUST COMPLETE SECTION 1,3,4,5,6 AND 10. COMPLETE SECTIONS 2,7,8 & 9 IF REQUIRED.**

If this application is for joint ownership, do you wish clear rights of ownership to be transferred to the surviving owner in the event of the death of either owner named on this title? ☐ YES ☐ NO

**OWNER'S NAME** (LAST, FIRST, MIDDLE): BROWN, CHRISTOPHER
**SOCIAL SECURITY NO. OR EMPLOYER ID NO.**: 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

**CO-OWNER'S NAME** (LAST, FIRST, MIDDLE): CARL, BARBARA A
**SOCIAL SECURITY NO. OR EMPLOYER ID NO.**: 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

**RESIDENCE ADDRESS** (Apt. # if applicable): 606 POPLAR DR
**CITY**: FALLS CHURCH  **STATE**: VA  **ZIP CODE**: 22046

**MAILING ADDRESS** (if different from above OPTIONAL):

**CO-OWNER'S ADDRESS** (if different from above):

**RESIDENCE JURISDICTION**: ☐ Check if you are an active member of Military Service claiming residency in a state other than Virginia.

**LOCATION WHERE VEHICLE IS PRINCIPALLY GARAGED**: ☐ CITY ☐ TOWN ☒ COUNTY OF FALLS CHURCH CITY

**Is this vehicle secured with a lien?** ☐ YES ☐ NO    If YES, complete this section.

**DATE OF FIRST LIEN (MM/DD/YY)**: APR 20TH 2005
**LIEN HOLDER'S NAME**: DAIMLERCHRYSLER SERVS N.A. LLC
**ELECTRONIC LIENHOLDER CODE**:

**LIEN HOLDER'S MAILING ADDRESS**: P.O. BOX 600  **CITY**: HORSHAM  **STATE**: PA  **ZIP CODE**: 19044

**DATE OF SECOND LIEN (MM/DD/YY)**:  **LIEN HOLDER'S NAME**:  **ELECTRONIC LIENHOLDER CODE**:

**LIEN HOLDER'S MAILING ADDRESS**:

**VEHICLE SOLD TO YOU AS** (CHECK ONE): ☐ USED ☒ NEW ☐ DEMONSTRATOR
**VA DEALER LICENSE NO.**: 7777  **RENTOR NO.**:  **DATE OF PURCHASE**: APR 20TH 2005

**SALE PRICE**: $43,970.00  **PROCESSING FEE**: $289.00  **SALES & USE TAX**: $1,327.77  **FROM WHOM PURCHASED**: KOONS OF TYSONS CORNER

**STREET ADDRESS**: 2000 CHAIN BRIDGE RD  **CITY**: VIENNA  **STATE**: VA  **ZIP CODE**: 22182

**MAKE**: CHRYSLER  **BODY TYPE**: 4DR SDN  **MODEL YEAR**: 05

**PREVIOUS TITLE NUMBER**: N/A  **STATE**:  **VEHICLE IDENTIFICATION NUMBER**: 2C3AA63H45H667165  **COLOR OF VEHICLE**: BLU  **PRIMARY / SECONDARY**:

**GROSS WEIGHT**:  **EMPTY WEIGHT**:  **GVWR**:  **GCWR**:  **NO. OF AXLES**:  **FUEL TYPE**: UNL
**IS THIS A LOW SPEED VEHICLE?** ☐ YES ☐ NO
**IS THIS A LOGGING VEHICLE?** ☐ YES ☐ NO

**DOES YOUR VEHICLE QUALIFY FOR CAR TAX RELIEF?**
If you can answer YES to any of the following questions, your motor vehicle is considered by State Law to have a business use and does NOT qualify for Personal Property Tax Relief.
- Is more than 50% of the vehicle's annual mileage used as a business expense for federal income tax purposes OR reimbursed by an employer?
- Is more than 50% of the depreciation associated with the vehicle deducted as a business expense for Federal Income Tax purposes?
- Is the cost of the vehicle expensed pursuant to Section 179 of the Internal Revenue Service Code?
- If the vehicle is leased by an individual, does the leasing company pay the tax without reimbursement from the individual?

This vehicle is for: ☐ Personal Use  ☐ Business Use  Check one of the boxes.  See business use criteria above.

Federal and state law requires that you state the mileage in connection with the transfer of ownership. Failure to do so or providing a false statement may result in fines and/or imprisonment.

**I CERTIFY THAT THE ODOMETER READING IS**: ___ (no tenths) AND TO THE BEST OF MY KNOWLEDGE (check one):
☐ Odometer reading is the actual mileage of the vehicle  ☐ The mileage stated is in excess of its mechanical limits
☐ Odometer reading is not the actual mileage (WARNING: Odometer discrepancy)

**COMPLETE ONLY FOR LEASED VEHICLE**:  **DO YOU WISH TO HAVE VEHICLE RENEWAL CARD MAILED TO LESSEE?** ☐ YES ☐ NO  If YES, please provide the information requested below

**LESSEE'S NAME**: N/A  **CO-LESSEE'S NAME**: N/A

**ADDRESS** (Apt. # if applicable): N/A  **CITY**: N/A  **STATE**: N/A  **ZIP CODE**: N/A

[Stamp: BEST COPY AVAILABLE]