UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
c/o United States Attorney's Office     :
Judiciary Center Building              :
555 4th Street, N.W.                  :
Washington, D.C.  20530,         :
                                        :
               Plaintiff,        :
                                          :       Civil Action No.  05-CV-02018
        v.                        :
                                          :       Judge:  James Robertson
ONE 2005 CHRYSLER 300C,       :
VIN 2C3AA63H45H667165,        :
with all appurtenances and        :
attachments thereon,              :
                                        :
               Defendant.       :
                                        :

## PLAINTIFF'S REPORT PURSUANT TO LCvR 16.3(d)

Pursuant to LCvR 16.3(d), the United States of America, the Plaintiff herein, as represented by the United States Attorney for the District of Columbia, hereby, makes its Rule 16.3(d) report to the Court.[1]

The Plaintiff's verified complaint was filed on October 12, 2005, alleging that the

---

[1] The Plaintiff's counsel has attempted to confer with counsel for claimants, Christopher Brown and Barbara Carl, a number of times.  On one occasion, the Plaintiff's counsel was advised that another attorney would be entering an appearance for one of the claimants. However, the Plaintiff's counsel sent a proposed joint LCvR 16.3(d) Report to the claimants' counsel of record and the proposed new counsel in April 2006, but has received no response.  In addition, although a claim and answer were filed in this case on behalf of DaimlerChrysler Financial Services Americas ("DaimlerChrysler") by Samuel J. DeBlasis, II, Esq., of Lanham, Maryland, the Plaintiff recently received an April 20, 2006, letter indicating that DaimlerChrysler was represented by the North Carolina firm of Whitesides & Walker, L.L.P.  Although mindful of its duty to confer with other parties, the Plaintiff is at a loss to identify the representatives of those parties, and respectfully requests that a scheduling conference be held in this matter.  All counsel of record and proposed new counsel have been copied with the Plaintiff's LCvR 16.3(d) Report.

defendant vehicle, One 2005 Chrysler 300C, was used to facilitate violations of 21 U.S.C. § 801 *et seq.*, and 18 U.S.C. §§ 1956 or 1957. As alleged in the complaint, the defendant vehicle had been seized on April 13, 2005, after an arrest of Claimant Brown and the recovery of drugs, including heroin, crack cocaine, and marijuana from the defendant vehicle.

In November 2005, Claimants, Christopher Brown and Barbara Carl, filed a verified claim and answer denying the allegations in the verified complaint. In January 2006, DaimlerChrysler Financial Services Americas ("DCS") filed a verified claim and answer alleging that DCS had financed part of the purchase price of the defendant vehicle and was, therefore, a lienholder and innocent owner. As of April 20, 2006, DCS claims that it is owed $15,023.46 on the loan for the 2005 Chrysler 300C. DCS also claims that, since June 2005, no payments have been made by either Claimant Brown or Claimant Carl on DCS' loan. In light of this recent information and the depreciating nature of the defendant vehicle, the Plaintiff intends to file a motion for an interlocutory sale of the defendant vehicle.

(1) **Dispositive Motion**: The Plaintiff believes that this case can be disposed of by dispositive motion.

(2) **Joinder of Parties**: The Plaintiff does not believe that additional parties need be joined and, at this time, the Plaintiff does not anticipate amendments to the pleadings.

(3) **Assignment to a Magistrate Judge**: The Plaintiff objects to the referral of this matter to a Magistrate Judge.

(4) **Possibility for Settlement**: At this time, the Plaintiff does not believe that there is a possibility for settlement, but will wait until after the completion of discovery to make that determination.

(5) **ADR**: The Plaintiff believes that it is too early to assess whether alternative dispute resolution will be appropriate. The Plaintiff would like to reserve the option to engage in ADR at a later time.

(6) **Resolution by Dipositive Motion**: The Plaintiff believes that this case can be resolved, in whole or in part, by dispositive motion.

(7) **Initial Disclosures**: The Plaintiff will comply with the rule for initial disclosures as embodied in Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8) **Discovery**: The Plaintiff proposes a four (4) month discovery period and proposes up to four depositions for each party. The Plaintiff proposes the submission of up to thirty (30) interrogatories and ten (10) requests for production of documents (excluding sub-parts) by each party.

(9) **Exchange of Expert Witness Information**: The Plaintiff anticipates the need for expert testimony and requests that the Court establish a deadline for disclosure of expert witnesses as set forth in the proposed scheduling order, attached hereto.

(10) **Class Action Procedures**: Not applicable.

(11) **Bifurcation of Trial and/or Discovery**: Not applicable.

(12) **Date for Pretrial Conference**: The Plaintiff desires that the pretrial conference not be set until the Court has ruled on any dispositive motions filed following the close of discovery in this case.

(13) **Trial Date**: The Court should set the trial date at the pretrial conference, rather than in the scheduling order.

(14) **Other Matters**:  None.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058

WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301

JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C.  20530
(202) 514-7250
**For the Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Plaintiff's Report Pursuant to LCvR 16.3(d) and proposed Scheduling Order have been sent either electronically or by mail to the following on this 3rd day of May, 2006:


Pleasant S. Brodnax III, Esq.
The Mills Building, Fourth Floor
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
**Counsel of Record For the Claimants Christopher Brown and Barbara Carl**

Samuel J. DeBlasis, II
Washington Business Park
4601 Forbes Boulevard, # 200
Lanham, MD 20703-0040
**Counsel of Record for Claimant DaimlerChrysler**

John M. Tran
DiMuro, Ginsberg, PC
908 King Street, Suite 200
Alexandria, VA 22314

H.M. Whitesides, Jr.
Whitesides & Walker, L.L.P.
212 South Tryon Street
Suite 980
Charlotte, North Carolina 28281


JUDITH A. KIDWELL
ASSISTANT U.S. ATTORNEY