UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>c/o United States Attorney's Office<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2005 CHRYSLER 300C,<br>VIN 2C3AA63H45H667165,<br>with all appurtenances and<br>attachments thereon,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-CV-02018<br>:<br>:  Judge: James Robertson<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SCHEDULING ORDER

UPON CONSIDERATION OF the Plaintiff's report to the Court pursuant to LCvR 16.3(d) concerning a proposed schedule for conduct of this litigation and pleadings filed in the instant case, and following a brief scheduling conference on the ____ day of _____ 2006, it is, hereby,

ORDERED that:

A. The parties shall exchange Initial Disclosures, pursuant to the requirements of Rule 26(a)(1), F. R. Civ. P, no later than _____, 2006.

B. The following limitations on discovery shall apply:

1. The number of interrogatories shall be limited to thirty for each party the number of requests for production of documents shall be limited to ten for each party, subparts excluded;

2. The number of depositions shall be limited to four for each party;

3. Expert witness information shall be exchanged as follows:

   a. The Plaintiff shall disclose to the Claimants its expert witness information at least 30 days prior to the completion of discovery;

   b. The Claimants shall disclose to the Plaintiff their expert witness information at least 30 days after the Plaintiff's disclosures of such information to the Claimants.

4. Discovery shall be completed 120 days from the date of entry of this scheduling order by the Court.

C. Any motion dispositive of the claims or any of the allegations contained in the Complaint shall be filed within 60 days after the conclusion of discovery. The opposition to such motion shall be filed within 30 days of the filing of the dispositive motion, and replies shall be due 15 days after the filing of any opposition.

D. If claims remain after the Court's ruling on any dispositive motion, a pretrial conference will be scheduled to occur at the earliest possible time thereafter. If no dispositive motion is filed, a pretrial conference will be scheduled to occur at the earliest possible date following the deadline for filing dispositive motions.

E. It is the Court's intention to set a trial date at the earliest possible date following the pretrial conference.

                                              JAMES ROBERTSON
                                              United States District Judge

Send a copy of the signed Order to:

Judith A. Kidwell
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

Pleasant S. Brodnax III, Esq.
The Mills Building, Fourth Floor
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Samuel J. DeBlasis, II
Washington Business Park
4601 Forbes Boulevard, # 200
Lanham, MD 20703-0040

John M. Tran
DiMuro, Ginsberg, PC
908 King Street, Suite 200
Alexandria, VA 22314

H.M. Whitesides, Jr.
Whitesides & Walker, L.L.P.
212 South Tryon Street
Suite 980
Charlotte, North Carolina 28281