UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :    Civil Action No.: 1:05CV02018 |
| | :    Judge James Robertson |
| ONE 2005 CHRYSLER 300C, VIN 2C3AA63H45H667165, | : |
| Defendant. | : |

### NOTICE OF ENTRY OF COUNSEL AND
### MOTION TO ADMIT JOHN M. TRAN PRO HAC VICE

Please take notice that Bernard J. DiMuro, of DiMuro Ginsberg, P.C., hereby enters his appearance as counsel in this action for claimant Barbara Carl.

Counsel also moves the admission of John M. Tran, of DiMuro Ginsberg, P.C., *pro hac vice*, pursuant to Rule 83.2(d), Local Civil Rules of the United States District Court for the District of Columbia. Mr. Tran's Declaration is attached hereto.

It is also requested that Mr. Tran be permitted to handle all matters in this litigation without the presence of Mr. Dimuro, who will nevertheless be available to advise as necessary throughout the case.

                          Respectfully Submitted,

                          BARBARA CARL
                          By Counsel

                          _____
                          Bernard J. DiMuro, Esq. (D.C. Bar #929406)
                          DIMURO GINSBERG, P.C.
                          908 King Street, Suite 200
                          Alexandria, VA 22314
                          (703) 684-4333
                          (703) 548-3181 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via facsimile and first-class mail, postage prepaid this 16th day of May, 2006 to the following:

Judith A. Kidwell, Esq.
Assistant U.S. Attorney
555 4th Street, N.W. Room 4818
Washington, D.C. 20530
*Counsel for the U.S.*

Samuel J. DeBlasis, II, Esq.
DECARO, DORAN, SICILIANO
GALLAGHER & DEBLASIS, LLP
Washington Business Park
4601 Forbes Boulevard, #200
Lanham, MD 20703-0040
*Counsel for Claimant DCS*

Pleasant S. Broadnax, III, Esq.
The Mills Building, Fourth Floor
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Co-counsel for Claimant
Barbara Carl*

_____
Bernard J. DiMuro