UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    : | |
| :| |
| Plaintiff,    : | |
| : | |
| v.    : | Civil Action No.: 1:05CV02018 |
| : | Judge James Robertson |
| ONE 2005 CHRYSLER 300C,    : | |
| VIN 2C3AA63H45H667165,    : | |
| : | |
| Defendant.    : | |

DECLARATION IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE

In support of the application for admission *pro hac vice* in this matter, and pursuant to the Local Rules of Civil Procedure for the United States District Court for the District of Columbia, John M. Tran states as follows:

1. My full name is John M. Tran.

2. I am attorney admitted to practice before the following bars: Supreme Court, United States Court of Appeals for the Fourth Circuit, United States District Court for the Eastern District of Virginia, Virginia State Bar, United States District Court for District of Maryland and Maryland State Bar.

3. My offices are located at 908 King Street, Suite 200, Alexandria, Virginia, 22314, and my telephone number is (703) 684-4333.

4. I have never been disciplined by any bar and do not believe that any bar complaint has ever been filed against me.

5. I have not sought admission *pro hac vice* in this court within the past two years.[1]

---

[1] I am, however, of counsel in two other cases pending before this Court: *Milton Mills, M.D. v. Giant of Maryland, LLC*, 1:05-CV-2211 and *Reliance Standard Life Ins. Co. v. Matini*, 1:05CV01101. I am presently seeking to be admitted before this Court based on my membership in the U.S. District Court for the District of Maryland

6. I do not have an office in the District of Columbia.

7. I hereby certify that I have read and am personally familiar with the Local Rules of this Court.

I affirm under penalty of perjury that the foregoing is true and correct.

_____
John M. Tran