UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No.: 1:05CV02018 |
| : | Judge James Robertson |
| ONE 2005 CHRYSLER 300C, : | |
| VIN 2C3AA63H45H667165, : | |
| Defendant. : | |

### ORDER

Upon motion of the counsel for claimant Barbara Carl for the admission of John M. Tran, *pro hac vice*, and deeming it just and proper to do so, it is hereby

ORDERED, that Mr. Tran is granted leave to appear as counsel for claimant Barbara Carl in this matter *pro hac vice*. His entry as counsel is hereby noted.

Further, it is ORDERED that local counsel for claimants need not accompany Mr. Tran at any future court appearance in this case.

_____
UNITED STATES DISTRICT JUDGE

Entered: _____