## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Civil Action No. 05-2018 (JR) |
| ONE 2005 CHRYSLER 300C, | : |
| Defendant. | : |

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of John M. Tran [8], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge