UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>                                              :<br>        Plaintiff,                       :<br>                                              :<br>v.                                           :<br>                                              :<br>                                              :<br>ONE 2005 CHRYSLER 300C,      :<br>VIN 2C3AA63H45H667165,       :<br>                                              :<br>        Defendant.                   :  | Civil Action No.: 1:05CV02018<br>Judge James Robertson |

### CLAIMANT BARBARA CARL'S RULE 26(a)(1) INITIAL DISCLOSURES

Claimant Barbara A. Carl, by counsel, hereby submits her initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and the parties' joint report. Claimant may supplement these initial disclosures if further information comes to light within the discovery period.

**I.   INDIVIDUALS WITH DISCOVERABLE INFORMATION**

1. Claimant Barbara A. Carr-606 Poplar Drive, Falls Church, Virginia 22046.

2. Christopher Brown.

3. Leonard Cohen-Suntrust Bank, 1445 Research Blvd. #400, Rockville, Maryland 20850. (301)-517-5341.

4. Suntrust custodian of records.

5. Wachovia custodian of records.

**II.  DOCUMENTS AND TANGIBLE THINGS**

1. Wachovia 2005 bank statements

2. Trust disbursements statements

3. Suntrust bank statements

**III. COMPUTATION OF DAMAGES**

Claimant has not submitted a claim for damages in this matter.

IV.   **INSURANCE AGREEMENT**

Claimant is unaware of any insurance agreement by which an insurer may be liable for satisfy all or part a judgment entered against the defendant.

Respectfully submitted,

Barbara A. Carl
By Counsel

_____
Bernard J. DiMuro (DC. Bar # 393020)
**DiMuroGinsberg, P.C.**
908 King Street, Suite 200
Alexandria, Virginia 22314
Tel. 703.684.4333
Fax. 703.548.3181

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June, 2006, I served by facsimile and mailed, by first class mail, postage prepaid a true copy of the foregoing to:

Judith A. Kidwell, Esq.
Assistant United States Attorney
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

Pleasant S. Broadnax, III, Esq.
The Mills Building, Fourth Floor
1700 Pennsylvania Ave. NW, Ste 400
Washington, DC 20006-4707

Samuel J. DeBlasis, II, Esq.
Washington Business Park
4601 Forbes Boulevard, # 200
Lanham, MD 20703-0040

_____
Stephen J. Stine
