UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>         Plaintiff                                  )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br>ONE 2005 CHRYSLER 300C,         )<br>VIN 2C3AA63H45H667165,             )<br>with all appurtenances and              )<br>attachments thereon,                        )<br>                                                              )<br>         Defendant.                          )<br>_____) | Civil Action No. 05-02018 (JR)<br>ECF |

## NOTICE OF APPEARANCE

Please enter the appearance of William R. Cowden as counsel for the United States in this action, and withdraw Judith A. Kidwell.

Respectfully submitted,

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm. 4824
Washington, DC  20530
202-307-0258

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice of Appearance to be served upon all counsel of record via the Court's ECF system, on this 29th day of November, 2006.

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm. 4824
Washington, DC  20530
202-307-0258